**SEALED**

**FILED**
AUG 31 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

PHILLIP A. TALBERT
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARCUS BUTLER, Defendant. | CASE NO. 2:17-CR-158 JAM<br><br>[PROPOSED] ORDER TO SEAL<br><br>(UNDER SEAL) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney TODD A. PICKLES to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: Aug 31, 2017

_____
HONORABLE KENDALL J. NEWMAN
United States Magistrate Judge

[PROPOSED] ORDER TO SEAL INDICTMENT