## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

        v.

MARCUS ISREAL BUTLER,

               Defendant.

CR NO: 2:17-CR-00158 JAM

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee:   MARCUS ISREAL BUTLER

Detained at       CALIFORNIA MEDICAL FACILITY, Vacaville CA

Detainee is:     a.)   ☒ charged in this district by:  ☒ Indictment  ☐ Information  ☐ Complaint
                       charging detainee with:   18 U.S.C. § 371 and 18 U.S.C. § 1029(a)(2).

      or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☐ return to the custody of detaining facility upon termination of proceedings

      or   b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence
                      is currently being served at the detaining facility

*Appearance is necessary [FORTHWITH] or [on DATE AND TIME] in the Eastern District of California.*

Signature:              */s/ Todd A. Pickles*

Printed Name & Phone No:   Todd A. Pickles

Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS
    ☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [**FORTHWITH**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:   11/6/2017             /s/ Carolyn K. Delaney

                               Honorable Carolyn C. Delaney
                               U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | N/A | ☒Male | ☐Female |
| Booking or CDC #: | AX2392 | DOB: | 08/20/1984 |
| Facility Address: | 1600 California Drive, Vacaville CA 95687 | Race: | African-American |
| Facility Phone: | (707) 448-6841 | FBI#: | 406-771-25150-S |
| Currently | In custody | | |

## RETURN OF SERVICE

Executed on: _____      _____

                                           (signature)