IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-00158-JAM |
| Plaintiff, | ) | |
| vs. | ) | **RELEASE ORDER** |
| MARCUS BUTLER, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED, having reviewed and considered the Defendant's unopposed request, that defendant MARCUS BUTLER shall be released from federal custody and returned forthwith to state custody at California Medical Facility in Vacaville.

Date: January 8, 2018          /s/ John A. Mendez
                               JOHN A. MENDEZ
                               United States District Court Judge