| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | TODD A. PICKLES<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>MARCUS BUTLER,<br><br>                Defendant. | CASE NO. 2:17-CR-00158 JAM<br><br>STIPULATION AND REQUEST TO CONTINUE JUDGMENT AND SENTENCING HEARING; ORDER<br><br>DATE: March 27, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

### **STIPULATION AND REQUEST TO CONTINUE**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing hearing on March 27, 2018.

2. The parties have been informed that the Probation Officer needs some additional time to finalize the Presentence Investigation Report, to which the parties will then time to review and prepare potential responses.

3. Accordingly, the parties agree and jointly request to continue the judgment and sentencing hearing to May 22, 2018, at 9:15 a.m., and to reset the date for submission and filing of all information and formal objections and other sentencing documents based on the new date consistent with the timing in the Court's prior order.

STIPULATION TO CONTINUE JUDGMENT AND SENTENCING      1

4. Because defendant stands convicted through his change of plea, the Speedy Trial Act does not apply to this continuance.

IT IS SO STIPULATED AND REQUESTED.

Dated: March 19, 2018
McGREGOR W. SCOTT
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
Assistant United States Attorney

Dated: March 19, 2018
HEATHER WILLIAMS
Federal Public Defender

*/s/ Todd A. Pickles for*
JEROME PRICE
Assistant Federal Defender
Counsel for Defendant MARCUS BUTLER

## FINDINGS AND ORDER

The Court ADOPTS the parties' stipulation and request to continue the judgment and sentencing hearing to May 22, 2018 at 9:15 a.m. All dates for submission of informal objections and the filings of any motions to correct the presentence investigation report or other filings relating to sentencing are reset based on the hearing date of May 22, 2018, consistent with the timing in the Court's order of December 19, 2017, Docket No. 15.

IT IS SO ORDERED

DATED: 3/19/2018

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE