HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
MARCUS BUTLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARCUS BUTLER,<br><br>    Defendant. | Case No. 2:17-cr-158 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE PRESENTENCE SCHEDULE AND JUDGMENT & SENTENCING**<br><br>Date: May 22, 2018<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Todd Pickles, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Marcus Butler, that the sentencing hearing **may be continued to July 17, 2018**. Accordingly, it is further stipulated that the briefing schedule be continued as follows:

| | |
|---|---|
| Informal Objections Due to Probation and Opposing Counsel no later than: | 6/19/18 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 6/26/18 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 7/3/18 |

Stipulation and Order to Continue PSR Schedule     -1-

Reply or statement of non-opposition: 7/10/18

Judgment and Sentencing Date: 7/17/18

This continuance is requested to allow defense counsel additional time to investigate mitigating evidence in preparation for the sentencing hearing. Probation is aware of this stipulation and does not oppose the request. The government has no objection or opposition to the continuance.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 2, 2018

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
MARCUS BUTLER

Date: May 2, 2018

MCGREGOR W. SCOTT
United States Attorney

*/s/ Todd Pickles*
TODD PICKLES
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders any informal objections due on June 19, 2018, the final Pre-Sentence Report disclosed on June 26, 2018, any formal objections due on July 3, 2018, any replies due on July 10, 2018, and the sentencing hearing reset for July 17, 2018 at 9:15 a.m. before Honorable John A. Mendez.

IT IS SO ORDERED.


Dated: May 2, 2018           /s/ John A. Mendez
                             HON. JOHN A. MENDEZ
                             United States District Court Judge