## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 2:17-CR-00158 JAM |
| **MARCUS ISREAL BUTLER** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee:    MARCUS ISREAL BUTLER

Detained at      CALIFORNIA MEDICAL FACILITY, Vacaville, CA

Detainee is:    a.)   ☒ charged in this district by:   ☐ Indictment   ☒ Information   ☐ Complaint
                           charging detainee with:    18 U.S.C. § 371 and 18 U.S.C. § 1029(a)(2)

     or    b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)   ☒ return to the custody of detaining facility upon termination of proceedings

     or    b.)   ☐ be retained in federal custody until final disposition of federal charges, as a sentence
                       is currently being served at the detaining facility

***Appearance is necessary FORTHWITH in the Eastern District of California.***

| | |
|---|---|
| Signature: | /s/ Todd A. Pickles |
| Printed Name & Phone No: | Todd A. Pickles, (916) 554-2766 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:    May 15, 2018

*allison Claire*

Honorable Allison Claire
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | N/A | ☒Male ☐Female | |
| Booking or CDC #: | AX2392 | DOB: | ███████ |
| Facility Address: | 1600 California Drive, Vacaville CA 95687 | Race: | African-American |
| Facility Phone: | (707) 448-6841 | FBI#: | 406-771-25150-S |
| Currently | In custody | | |

## RETURN OF SERVICE

Executed on: _____    _____

(signature)