HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
MARCUS BUTLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-0158-JAM |
| Plaintiff, | ORDER TO SEAL EXHIBIT C: MEDICAL RECORDS AND EXHIBIT N: RELEASE PLAN |
| vs. | |
| MARCUS BUTLER, | JUDGE: Honorable John A. Mendez |
| Defendant. | |

IT IS HEREBY ORDERED that the Request to Seal be granted and Exhibits C and N to the Motion for Compassionate Release, filed on September 5, 2020, be filed under seal per Fed. R. Crim. P. 49.1, because they contains confidential medical and personal information. The Assigned Assistant United States Attorney is permitted access to these documents.

DATED: 9/8/2020                    /s/ John A. Mendez
                                   HONORABLE JOHN A. MENDEZ
                                   United States District Court Judge
                                   Eastern District of California