McGREGOR W. SCOTT
United States Attorney
ANDRÉ M. ESPINOSA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00158-JAM |
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |
| v. | |
| MARCUS BUTLER, | |
| Defendant. | |

**STIPULATION**

1. Defendant Marcus Butler ("Defendant") filed a motion for reduction in sentence and compassionate release on September 5, 2020. The government's response is due by September 17, 2020, and any reply is due by September 23, 2020.

2. Counsel for the Government and Defendant have conferred about government counsel's request for additional time to obtain necessary records and to draft a responsive brief. Counsel for Defendant agreed that such additional time was reasonable, as set forth in this stipulation between the parties.

3. Accordingly, by and through this stipulation, the parties jointly request that the Court order the below revised briefing schedule in this matter:

   a) The government's response brief to Defendant's motion shall be due no later than September 21, 2020; and

b) The defense reply, if any, shall be due no later than September 28, 2020.

**IT IS SO STIPULATED.**

                                     McGREGOR W. SCOTT
                                     United States Attorney

Dated: September 13, 2020

                                     */s/ Andre M. Espinosa*
                                     ANDRE M. ESPINOSA
                                     Assistant United States Attorney

Dated: September 13, 2020            /s/ *Megan T. Hopkins*
                                     MEGAN T. HOPKINS
                                     Counsel for Defendant

**FINDINGS AND ORDER**

Based upon the representations of the parties in their agreement and stipulation, the Court adopts the proposed revised briefing schedule as follows:

a) The government's response brief to Defendant's motion shall be due no later than September 21, 2020; and

b) The defense reply, if any, shall be due no later than September 28, 2020.

**IT IS SO ORDERED.**

DATED: 9/15/2020                         /s/ John A. Mendez
                                           HONORABLE JOHN A. MENDEZ
                                           UNITED STATES DISTRICT COURT JUDGE