UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 16, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARCUS BUTLER,

        Defendant.

Case No.  2:17-cr-00158-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARCUS BUTLER, Case No.  2:17-cr-00158-JAM, Charge 18 U.S.C. 3606, from custody for the following reasons:

   X   Release on previously imposed supervised release conditions.

       Bail Posted in the Sum of $

            Unsecured Appearance Bond $

            Appearance Bond with 10% Deposit

            Appearance Bond with Surety

            Corporate Surety Bail Bond

            (Other):

Sacramento County Jail is further ORDERED to release the defendant with a

   X   30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on October 16, 2023 at 2:23 p.m.

By: _____
Magistrate Judge Jeremy D. Peterson