```
HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
MARCUS BUTLER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARCUS BUTLER,<br>　　　　Defendant. | Case No.  2:17-cr-00158-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING**<br><br>Date:  February 13, 2024<br>Time:  9:00 a.m.<br>Judge: Hon. John A. Mendez |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Whitnee Goins, counsel for plaintiff, Assistant Federal Defender Megan T. Hopkins, counsel for defendant Marcus Butler, that the admit/deny hearing regarding the pending TSR violation petition scheduled for November 21, 2023, be continued to **February 13, 2024, at 9:00 a.m.**

Charge One in the petition is related to a state charge that may be dismissed.  How the state case resolves is likely to inform how the parties proceed in the instant matter.  The initial appearance in the state case is not scheduled until the end of November.  At the probation officer's suggestion, the parties agree that it makes sense to trail this matter after the state case for the time being.  Accordingly, the parties request a continuance of the admit/deny hearing to February 13, 2024.

| | | |
|---|---|---|
| 1 | Dated: November 14, 2023 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| 3 | | Federal Public Defender |
| 4 | | */s/ Megan T. Hopkins*<br>MEGAN T. HOPKINS |
| 5 | | Assistant Federal Defender<br>Attorney for Defendant |
| 6 | | MARCUS BUTLER |
| 7 | | |
| 8 | | PHILLIP A. TALBERT<br>United States Attorney |
| 9 | Dated: November 14, 2023 | */s/ Whitnee Goins*<br>WHITNEE GOINS |
| 10 | | Assistant United States Attorneys<br>Attorneys for Plaintiff |

-2-

*United States v. Marcus Butler*
Stipulation to Continue Admit/Deny Hearing

# **O R D E R**

**IT IS HEREBY ORDERED** that the admit/deny hearing scheduled for November 21, 2023, at 9:00 a.m. is **CONTINUED** to **February 13, 2024, at 9:00 a.m.**

Dated: November 15, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE