UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
May 28, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARCUS BUTLER,<br><br>　　　　Defendant. | Case No.   2:17-cr-00158-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MARCUS BUTLER</u> Case No. <u>2:17-cr-00158-JAM</u>    Charges <u>18 USC § 3606</u> from custody for the following reasons:

　　　_____　Release on Personal Recognizance

　　　_____　Bail Posted in the Sum of $ _____

　　　　　　_____　Unsecured Appearance Bond $ _____

　　　　　　_____　Appearance Bond with 10% Deposit

　　　　　　_____　Appearance Bond with Surety

　　　　　　_____　Corporate Surety Bail Bond

　　　　　　　　　(Other): <u>Defendant shall be released on 6/3/2024 no</u>
　　　　x　<u>later than 8:00 AM and with previous terms of</u>
　　　　　　<u>conditions of release.</u>

Issued at Sacramento, California on May 28, 2024 at 2:00 PM.

Dated:  May 28, 2024

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　DEBORAH BARNES
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE