UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

June 18, 2024

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

MARCUS BUTLER,

        Defendant.

Case No.  2:17-cr-00158-JAM

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARCUS BUTLER ,

Case No.  2:17-cr-00158-JAM , Charge 18 USC § 371, from custody for the following

reasons:

        Release on Personal Recognizance

        Bail Posted in the Sum of $ _____

            Unsecured Appearance Bond $ _____

            Appearance Bond with 10% Deposit

            Appearance Bond with Surety

            Corporate Surety Bail Bond

   X      (Other):  The defendants release is delayed until 06/20/2024 at 8:00
AM.

Sacramento County Jail is further ORDERED to release the defendant with a

30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on June 18, 2024 at 4:00 PM.

By:  _____

Magistrate Judge Allison Claire